**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| KW INTERNATIONAL, LLC | ) | Case No. 23-90708 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF EMERGENCY HEARING SCHEDULED FOR
TUESDAY, JUNE 27, 2023 AT 10:00 A.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE** that on Friday, June 9, 2023, the Debtor filed the emergency motion set forth below:

> Debtor's *Emergency Motion for Entry of an Order (i) Authorizing the Debtor to Pay Prepetition Claims of Critical Vendors [Independent Contractors], and (ii) Granting Related Relief* (the "Critical Vendor Motion") [ECF No. 53].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Critical Vendor Motion will be conducted before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") on **Tuesday, June 27, 2023 at 10:00 a.m. (Central Time)** (the "Hearing"). Participation at the hearing will only be permitted by an audio and video connection.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge

1

Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete the appearance.

Dated: June 9, 2023

Respectfully submitted:

/s/ Suzanne K. Rosen
J. Robert Forshey
State Bar No. 07264200
Suzanne K. ("Suki") Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
srosen@forsheyprostock.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 9, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system and via first class mail, as applicable, upon the attached Master Service List.

/s/ Suzanne K. Rosen
Suzanne K. Rosen

L:\BFORSHEY\KW International, LLC #6261(WO)\Pleadings (23-90708)\NOH Critical Vendor Motion - Hrg on 6.27.2023.docx

3-C Valve & Equipment
P.O. Box 5345
Kingwood, TX 77325-5345

Aardvark Janitorial Inc.
DBA Aardvark Supply Company
281 W. Wall St., PO Box 4696
Midland, TX 79704

ABB Inc.
P.O. Box 88868
Chicago, IL 60695-1868

Abrasives, Inc.
4090 Hwy 49
Glen Ullin, ND 58631

Absolute Fabrication LLC
27818 Amity Dr
Spring, TX 77386

Absolute Metal Products, LLC
PO Box 4356 Dept 625
Houston, TX 77210-4356

Acuren Inspection Inc.
2040 Trade Drive
Midland, TX 79706

ADP, LLC
P.O. Box 842875
Boston, MA 02284-2875

Aegion Companies dba Corrpro
P.O.Box 7410575
Chicago, IL 60674-0575

Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671

AKZO NOBEL COATINGS INC.
535 MARRIOTT DRIVE
Nashville, TN 37214

All Tex Pipe & Supply
15100 Grand Point Road
Houston, TX 77090

Allbright & Associates Inc.
8011 Andrews Hwy
Odessa, TX 79765

Allstates Production Equipment
P.O. Box 95287
Oklahoma City, OK 73143

ALS Industrial Services
P.O. Box 1564 Dept 263
Houston, TX 77251

American Alloy Steel, Inc.
P.O. Box 40469
Houston, TX 77240-0469

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Industrial Technologies Group
PO Box 1080
Dickinson, TX 77539

American Packing & Gasket OPCO, LLC
P.O. Box 4356, Dept 1593
Houston, TX 77210-4356

American Piping Inspection, INC.
17110 E Pine St
Tulsa, OK 74116

American Piping Products, Inc
825 Maryville Center Drive Suite 31
Chesterfield, MO 63017

American Production Valve
10125 STAFFORD CENTRE DRIVE
Stafford, TX 77477

Ameriforge Corporation
P.O. Box 4314
Houston, TX 77210-4314

Any Time Analysis
2719 Osler Blvd
Bryan, TX 77802

Apache Steel Works, LLC
PO Box 21169
Houston, TX 77226-1169

Aratis Solutions LLC
Ryan P. Trahan
131 Marble Meadow Court
Cypress, TX 77433

ArcherPoint Inc
5415 Sugarloaf Pkwy Ste 221
Lawrenceville, GA 30043

Ascendant Office Solutions
PO Box 65345
Lubbock, TX 79464

Aubaine Supply Company, Inc.
P.O. Box 727
Giddings, TX 78942

Authorized Inspection Associates, LLC
14531 FM 529 Suite 135
Houston, TX 77095

| | | |
|---|---|---|
| B&H Industrial Supplies<br>P.O. Box 13135<br>Odessa, TX 79768-3135 | B&J Welding Supply Ltd<br>P.O. Box 3520<br>Lubbock, TX 79452 | Badger Meter, Inc<br>Box 88223<br>Milwaukee, WI 53288-0223 |
| Baker Tankhead<br>P.O. Box 77021<br>Fort Worth, TX 76177 | Bakersfield Pipe and Supply, Inc<br>PO Box 842876<br>Dallas, TX 75284 | Band and Masters LLC<br>11981-A FM 529 Rd<br>Houston, TX 77041 |
| BAY Area/General Crane Service Co<br>4206 WESLOW St<br>Houston, TX 77087 | Beaumont Manufacturing and Distribution Company<br>1009 Laurel<br>Beaumont, TX 77701 | Bird Tire Sales & Service<br>P.O. Box 925158<br>Houston, TX 77292 |
| Bishop Lifting Products, Inc<br>125 McCarty<br>Houston, TX 77029 | B-Line Filter & Supply Inc.<br>1509 W 2nd<br>Odessa, TX 79763 | Bold Production Services, LLC<br>10880-A Alcott Drive<br>Houston, TX 77043 |
| Boot Barn<br>15345 Barranca Parkway<br>Irvine, CA 92618 | Border States Industries, Inc<br>PO Box 201889<br>Dallas, TX 75320 | Brazos Fasteners, Inc<br>312 W Plantation<br>Clute, TX 77531 |
| Brice Barclay<br>4301 Greenbriar Drive<br>Stafford, TX 77477 | Bryan Research & Engineering, LLC<br>P.O. Box 3403<br>Bryan, TX 77805 | Canalta Controls Ltd.<br>1210 Duncan Street Building 5, Ste. #2<br>Denton, TX 76205 |
| Canalta USA Corp<br>1210 Duncan St, Blgd 5 Ste 2<br>Denton, TX 76205 | Carboline Global<br>P.O. Box 931942<br>Cleveland, OH 44193-0004 | CDW Direct<br>P.O. Box 75723<br>Chicago, IL 60675-5723 |
| Charts Ltd<br>2031 Trade Drive<br>Midland, TX 79706 | Chase Controls LP<br>702 South Persimmon Suite 1C<br>Tomball, TX 77375 | CheckPoint Pumps & Systems<br>21356 Marion Lane<br>Mandeville, LA 70471 |
| Chem Oil<br>Unique Valve & Instrumentation Company, LP<br>P.O. Box 679861<br>Dallas, TX 75267-9861 | Clean Arte Maid Service<br>2628 Fondren Rd<br>Houston, TX 77063 | Clemtex<br>P.O. Box 15214<br>Houston, TX 77220-5214 |
| Codeware Inc.<br>6530 Sawyer Loop Rd.<br>Sarasota, FL 34238 | COKE MACHINE INC (DBA : CMI VALVE)<br>P.O. BOX 1925<br>Stafford, TX 77497 | Consolidated P and S Inc.<br>19823 Skycountry Lane<br>Houston, TX 77094 |

| | | |
|---|---|---|
| Corporate Outfitters<br>9011 S Sam Houston Pkwy W Suite 13<br>Missouri City, TX 77489 | Cortex Business Solutions USA<br>P.O. Box 675035<br>Dallas, TX 75267 | CPI Wirecloth and Screens, Inc.<br>P.O. Box 1710<br>Pearland, TX 77588 |
| Creatio Americas Inc.<br>280 Summer Street, 6th Floor<br>Boston, MA 02210-1131 | Crossroads Financal, LC<br>6001 Broken Sound Parkway NW Suite 620<br>Boca Raton, FL 33487 | Crossroads Financial, LLC<br>6001 Broken Sound Parkway # 62<br>Boca Raton, FL 33487 |
| Crowe LLP<br>P. O. Box 4792<br>Houston, TX 77210 | Crown Sandblasting and Painting LLC<br>P.O. Box 2405<br>Pearland, TX 77588 | Cuates's Gas Compressor Services, LLC<br>817 Columbus Rd<br>Sealy, TX 77474 |
| CWF Welding Services<br>904 Coronado Ave<br>Odessa, TX 79763 | Cyclone Steel Services, Inc.<br>Dept. 396 P.O. Box 4346<br>Houston, TX 77210-4346 | Daniel OpCo, LLC<br>FKA Micro Motion<br>975 W Sam Houston Pkwy N, Ste 1<br>Houston, TX 77064 |
| Dannyell McCord Cleaning Services<br>600 W. Louisianna Ave.<br>Midland, TX 79701 | Darr Equipment Co<br>P.O. Box 975053<br>Dallas, TX 75397 | Dealers Electrical Supply Co<br>P.O. Box 2535<br>Waco, TX 76702-2535 |
| Delta Steel, Inc.<br>P.O. Box 849086 5th Floor<br>Dallas, TX 75284-9086 | Delta T Thermal Solutions LLC<br>1900 Old Burk Hwy<br>Wichita Falls, TX 76306 | DENNARD AND TODD OVERHEAD DOORS<br>P.O BOX 11037<br>Odessa, TX 79760 |
| DISA Global Solutions, Inc.<br>Dept. 3731 P.O. Box 123731<br>Dallas, TX 75312-3731 | Distribution Now<br>P.O. Box 200822<br>Dallas, TX 75320-0822 | Dwyer Instruments, Inc.<br>P.O. Box 338<br>Michigan City, IN 46361 |
| Eads Distribution, LLC<br>P.O. Box 712465<br>Cincinnati, OH 45271 | **Edmonton Exchanger & Manufacturing Ltd.**<br>**5545 - 89 Street NW**<br>**Edmonton, AB, AB T6E 5W9** | Eggelhof Inc.<br>P.O. Box 4346 Dept. 171<br>Houston, TX 77210-4346 |
| Element Materials Technology Houston LLC<br>P.O. Box 841774<br>Dallas, TX 75284-1774 | Elite Supply Partners Inc<br>P.O.Box 946<br>Odessa, TX 79760 | Elliott Electric Supply<br>P.O. Box 206524<br>Dallas, TX 75320 |
| Endress + Hauser, Inc.<br>Dept 78795 P.O. Box 78<br>Detroit, MI 48278-0795 | Energy Sales, LLC<br>1408 W InterState 20<br>Odessa, TX 79763 | Evolution Metal Tech LLC<br>7108 East Fwy<br>Baytown, TX 77521 |

| | | |
|---|---|---|
| EZ Line<br>P.O. Box 767<br>Manvel, TX 77578 | Fagan Answering Service, Inc<br>TELEMARKETING Inc.<br>P.O. Box 4113<br>Victoria, TX 77903 | Fayette Fire & Safety, Inc<br>2200 Roznov Road<br>Fayetteville, TX 78940 |
| Federal Steel Supply, LLC.<br>747 Goddard Avenue<br>Chesterfield, MO 63005 | FedEx Freight<br>Dept CH P.O. Box 10306<br>Palatine, IL 60055-0306 | Field Industries LLC<br>6633 Lindbergh St.<br>Houston, TX 77087 |
| FLEXTG FINANCIAL SVCS / MBM<br>MBM<br>P.O. Box 4162<br>Philadelphia, PA 19101-1602 | Flow-Zone, LLC<br>Dept 248 P.O. Box 6762<br>Dallas, TX 75267 | FMC Technologies Measurement Solutions Inc<br>14121 Collections Center Drive<br>Chicago, IL 60693 |
| FMCTI Corporation<br>C/O Bank Of America<br>PO Box 845346<br>Dallas, TX 75284-5346 | Forged Components, Inc.<br>14527 Smith Rd.<br>Humble, TX 77396 | Forklift Rental & Equipment<br>6250 W. 24th Street<br>Odessa, TX 79763 |
| Fort Worth F & D Head Company<br>P.O. Box 79700<br>Saginaw, TX 76179-0700 | Frank Recruitment Group, Inc<br>PO Box 10921<br>Palatine, IL 60055-0921 | FTG Texas<br>File 2362 181 W Olympic Blvd<br>Pasadena, CA 91199 |
| Galvotec Corrosion Services, LLC<br>6712 S. 36th Street<br>McAllen, TX 78503 | Gen-X Machine Technologies<br>4470 S. 70th East Ave.<br>Tulsa, OK 74145 | Grainger<br>Dept 885902273<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 |
| Gulf Coast Business Credit  account of RamRod Trucking<br>3009 Hohl St<br>Houston, TX 77093 | Gulf Coast Engineered Solutions, Inc.<br>P.O. Box 130723<br>The Woodlands, TX 77393-0723 | Hatfield & Company, Inc.<br>P.O. Box 910862<br>Dallas, TX 75391-0862 |
| Hayes Filtration Systems, LLC<br>DBA Aire Flo Filter<br>P.O. Box 7118<br>Odessa, TX 79760 | Hb Services, LLC<br>7611 Ea County Rd 62<br>Midland, TX 79705 | HB Solutions Group dba Titan Transportation<br>16514 Avenplace<br>Tomball, TX 77377 |
| HGG Profiling Equipment Inc<br>228 East 45th Street Suite 9e<br>New York, NY 10017 | HireQuest Inc.<br>PO BOX 74884<br>Atlanta, GA 30374-8804 | Houston Oilfield Equipment, Inc.<br>9669 Port Erroll Dr.<br>Houston, TX 77095 |
| HVAC & Industrial Controls Co<br>633 Central Ave<br>Charleston, WV 25302 | Industrial Instrument Company of Houston<br>P.O. Box 40186<br>Houston, TX 77240 | Industrial Piping Specialists<br>P.O. Box 581270<br>Tulsa, OK 74158 |

| | | |
|---|---|---|
| Inferno Manufacturing Corporation<br>115 Ricou Street<br>Shreveport, LA 71107 | Intech Process Automation Inc<br>1400 Broadfield Blvd Ste 31<br>Houston, TX 77084 | J & J Steel & Supply Co.<br>P.O. Box 1886<br>Odessa, TX 79760-1886 |
| Jatco, Inc.<br>244 NW 111th<br>Oklahoma City, OK 73114 | Jayco<br>PO Box 20026<br>Oklahoma City, OK 73156 | Jimmie L. Class Construction<br>P.O. Box 68<br>Eagle Lake, TX 77434 |
| JJM Oil & Gas, Inc.<br>423 N. Wayside Dr<br>Houston, TX 77020 | JM Test Systems, Inc.<br>Dept #6389 PO Box 1147<br>Birmingham, AL 35246 | JMS Southeast<br>105 Temperature Lane<br>Statesville, NC 28677 |
| Juarez Lawn Service<br>PO Box 861<br>Columbus, TX 78934 | KanAgg Recycling<br>5300 N. Braeswood Blvd. #4 Box 418<br>Houston, TX 77096 | Kelley Instrument Machine, Inc.<br>P.O. Box 5368<br>Texarkana, TX 75505-5368 |
| Kennedy Fabricating, LLC<br>PO Box 1357<br>Splendora, TX 77372 | Kimray<br>P.O. Box 248869<br>Oklahoma City, OK 73124 | Kinetic Engineering Corporation<br>16810 Barker Springs Road Ste. 218<br>Houston, TX 77084 |
| Koch-Gltisch LP<br>P.O. Box 915034<br>Dallas, TX 75391-5034 | Koons Gas Measurement<br>Dept 1940<br>Tulsa, OK 74182 | KOTRLA Air Conditioning & Heating<br>P.O. Box 998<br>Columbus, TX 78934 |
| KW-AFM Properties LLC<br>c/o Property Management,<br>thisRealty P.O. Box 52154<br>Midland, TX 79710 | Labelleco Fab, LLC<br>P.O. Box 20516<br>Beaumont, TX 77720 | LightSpar, LLC<br>PO Box 2143<br>Addison, TX 75001 |
| Lincoln Electric Company<br>P.O. Box 644248<br>Pittsburgh, PA 15264 | Locke Lord LLP<br>P.O. Box 301170<br>Dallas, TX 75303-1170 | Lone Star Corrosion Services, Inc<br>9216 Windmill Parl Lane<br>Houston, TX 77064 |
| Lone Star Gasket & Supply , Inc<br>P.O. Box  2615<br>Odessa, TX 79760 | Luke Industries, LLC<br>Corporate Billing, LLC Dept . 100<br>PO Box 8364<br>Birmingham, AL 35283 | Lynco Flange & Fitting<br>PO BOX 926226<br>Houston, TX 77292 |
| M & M Disposal<br>P.O. Box 12<br>Stanton, TX 79782 | M & M Sales & Equipment, Inc<br>2639 Kermit Hwy<br>Odessa, TX 79763 | M G Insulation<br>2115 Marshall St.<br>Pasadena, TX 77506 |

| | | |
|---|---|---|
| Mako Oilfield Services, LLC<br>12633 Reed Road<br>Sugarland, TX 77448 | McCarty Equipment Co., Ltd<br>P.O. Box 4346 Dept. 27<br>Houston, TX 77210-4346 | McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| McNichols Co.<br>P.O. Box 101211<br>Atlanta, GA 30392-1211 | Mercer Valve Co, Inc.<br>P.O. Box 270970<br>Oklahoma City, OK 73137 | Microsoft Corporation<br>C/O Bank of America<br>195 N Stemmons Fwy Ste 51 LB #842467<br>Dallas, TX 75207 |
| Midland Lock & Safe, Inc.<br>1408 N. Big Spring<br>Midland, TX 79701 | Mid-West Instrument<br>6500 Dobry Drive<br>Sterling Heights, MI 48314 | Milton Roy Co.Inc<br>Mail Code 5137<br>P.O. Box 66367<br>Dallas, TX 75266-0367 |
| MineralTech<br>8700 Hwy 87N #2<br>Orange, TX 77632 | Moody Price LLC<br>Dept. 0592<br>P.O. Box 12592<br>Dallas, TX 75312-0592 | MSC Industrial Supply Co<br>P.O. Box 953635<br>Saint Louis, MO 63195 |
| Muskat, Mahony & Devine, LLP<br>1201 Louisiana Street Suite 85<br>Houston, TX 77002 | National Hose & Accessory<br>P.O. Box 4887<br>Pasadena, TX 77502-4887 | National Hose ACCESSORY<br>P.O. Box 4887<br>Pasadena, TX 77502-4887 |
| Nevis PipeLine Products, LLC<br>P.O. Box 2088<br>Tomball, TX 77377 | nFusion Capital Finance, LLC<br>6444 Burnet Road Suite 100<br>Austin, TX 78757 | nFusion Capital Finance, LLC<br>6444 Burnet Road Suite 100<br>Austin, TX 78757 |
| Norriseal Wellmark, Inc.<br>JP Morgan Chase Bank, N.A. P.O. Box 73215<br>Dallas, TX 75373-0215 | O & I Fabrication<br>11979 FM 529<br>Houston, TX 77041 | One Ring Networks, Inc<br>PO Box 1360<br>Athens, TX 75751 |
| Ourco Supply Corp<br>Ourco Supply Corp Dept.<br>1329 PO Box 4356<br>Houston, TX 77210-4356 | Overhead Door<br>P.O.Box 2932<br>Midland, TX 79702 | Pearland Gasket Services LLC<br>P.O. Box 2704<br>Pearland, TX 77588 |
| Petro Communications Inc<br>2425 E. Hwy 80<br>Midland, TX 79706 | Phonoscope Global, Inc.<br>10555 Westoffice Dr.<br>Houston, TX 77042 | PipeLine Equipment, Inc<br>8403 S 89th W Ave<br>Tulsa, OK 74131 |
| Potter's Western Store<br>Clarence Henry Potter Jr. 216 Highway 71 S<br>Columbus, TX 78934 | Precise Steel International, LLC<br>909 Marcella St.<br>Houston, TX 77091 | Precision Flamecutting and Steel, L.P.<br>P.O. Box 841367<br>Dallas, TX 75284-1367 |

Precision Flow, Inc.
725 N. Ave. E
Odessa, TX 79763

Precision Piping Products LLC
15803 Tuckerton Rd
Houston, TX 77095

Preferred Logistics, Inc
12835 Jess Pirtle Blvd
Sugar Land, TX 77478

ProFire Combustion
321 South 1250 West Suite 1
Lindon, UT 84042

ProFire Energy Inc.
321 South 1250 West Suite 1
Lindon, UT 84042

Prostar Manufacturing Inc.
PO Box 75166
Houston, TX 77234

PSS Industrial Group Corp
10507 Ella Blvd Suite 1
Houston, TX 77038

Puffer Sweiven, LP
Dept 730092 P.O. Box 66919
Dallas, TX 75266-0919

RDA Solutions, LLC
10197 FM 156
Fort Worth, TX 76131

Relevant Industrial, LLC
PO Box 95605
Grapevine, TX 76099-9730

Relevant Industrial, LLC
FKA Rawson, LLC PO Box 9565
Grapevine, TX 76099-9730

Renslip Fire Protection
4947 Hwy. 90
Alleyton, TX 78935

Reotemp Instruments
10656 Roselle St.
San Diego, CA 92121

Republic Services #688
P.O. Box 78829
Phoenix, AZ 85062-8829

Rexel USA, Inc
P. O. Box 840638
Dallas, TX 75284-0638

River Oaks Couriers
12835 Jess Pirtle Blvd
Sugarland, TX 77478-2860

Roosevelt Steel Co.
1308 Missouri Street
South Houston, TX 77587

Rosemount Inc.
ROSEMOUNT Inc
P.O. Box 73156
Dallas, TX 75373-0156

Roto-Versal Compression Services, LLC
PO Box 841035
Houston, TX 77284

RS Americas, Inc.
7151 Jack Newell Blvd. S
Fort Worth, TX 76118

RSD Supply, Inc.
P.O. Box 841518
Houston, TX 77284-1518

Ruelco Inc.
1209 Distributors Row
New Orleans, LA 70123

Russell Logistics LLC
21310 Binford Rd
Waller, TX 77484

Safety Solutions, LLC
P.O. Box 1191
Midland, TX 79702

Safety-Kleen
P.O. Box 650509
Dallas, TX 75265-0509

Scot Industries
P. O. Box 910018
Dallas, TX 75391

Scot Industries
P.O. Box 910018
Dallas, TX 75391

Sea Ropes, LLC
P.O. Box 384
Belle Chasse, LA 70037

Sepco Process, Inc.
3290 Avenue M Ext.
Conroe, TX 77301

Shoppa's Material Handling Co.
P.O. Box 612027
Dallas, TX 75261-2027

| | | |
|---|---|---|
| Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266 | South Texas Specialty Welders, LLC<br>and New Century Financial<br>PO Box 8968<br>Spring, TX 77387-8968 | Southern Valve and Control, LLC<br>1109 MAURICE RD.<br>Broussard, LA 70518 |
| Spray Equipment & Service Center LLC<br>P.O. Box 96407<br>Charlotte, NC 28296-0407 | Squidz Ink Design, Inc<br>1005 E. 27th Street<br>Houston, TX 77009 | Stark Solutions LLC<br>10816 Northridge Drive<br>Conroe, TX 77303 |
| Strategic Energy Products<br>3915 W Davis St Suite 13<br>Conroe, TX 77304 | SureFire Pilotless Burner System LLC<br>1910 Rustic Place<br>Farmington, NM 87401 | Sustaita Services<br>3912 E County Rd 157<br>Midland, TX 79706 |
| SWITCH<br>PO Box 730396<br>Dallas, TX 75373-0396 | T G Industries<br>31714 Industrial Park Drive<br>Pinehurst, TX 77362 | Tascosa Office Machines<br>223 W. Broadway<br>Hobbs, NM 88240-6003 |
| Taylor Valve Technology, Inc.<br>P.O. Box 248836<br>Oklahoma City, OK 73124 | Team Industrial Services, Inc.<br>P.O. Box 842233<br>Dallas, TX 75284-2233 | TechLine Mfg.<br>30516 Boots Thomas Dr<br>Spanish Fort, AL 36527 |
| Techosystems<br>BKSEGERS CORPORATION 652 Lonetree Blvd., #11<br>Rocklin, CA 95765 | Telepacific Communications<br>P.O. Box 123279 Dept 3279<br>Dallas, TX 75312-3279 | Terminix Processing Center<br>P.O. Box 802155<br>Chicago, IL 60680 |
| Texas Disposal Systems<br>PO Box 674090<br>Dallas, TX 75267 | Texas Nameplate Company, Inc.<br>2200 W Longhorn Dr<br>Lancaster, TX 75134 | Texas Process Equipment<br>5215 Ted St.<br>Houston, TX 77040 |
| Texas Steel Processing, Inc.<br>P.O. Box 731529<br>Dallas, TX 75373-1529 | Tex-Fin, Inc.<br>19115 Aldine Westfield<br>Houston, TX 77073 | TForce Freight<br>PO Box 650690<br>Dallas, TX 75265-0690 |
| The Bosworth Company<br>P.O. Box 3449<br>Midland, TX 79702 | The National Board of Boiler & Vessel Inspectors<br>Attention: Accounting Department<br>155 Crupper Ave.<br>Columbus, OH 43229-1183 | Thermal Scientific, Inc<br>P.O. Box 2273<br>Mansfield, TX 76063 |
| **Thermon Canada Inc.**<br>**1806 Centre Avenue NE**<br>**Calgary, Alberta,  T2E 0A6** | TimberLine Manufacturing Co<br>Apergy Energy Automation, LLC<br>P.O. Box 732553<br>Dallas, TX 75373-2553 | Titus Flux Inc<br>1575 Hwy 411 NE, Suite 401<br>Cartersville, GA 30121 |

| | | |
|---|---|---|
| TMCO Operating LLc<br>Dept 411 Box 4458<br>Houston, TX 77210-458 | Toepperwein Air Conditioning & Refrigeration<br>P.O. Box 147<br>Columbus, TX 78934 | TRALTO Management Co, LLC<br>fka, 200 Texas LLC 8827 W. Sam Houston Pkwy. N,Ste 2<br>Houston, TX 77040 |
| Transcend Solutions, LLC<br>16580 Air Center Blvd #4<br>Houston, TX 77032 | Triangle Engineering, Inc.<br>6 Industrial Way<br>Hanover, MA 02339-2425 | Trinity Heads, Inc.<br>P.O. Box 732666<br>Dallas, TX 75373-2666 |
| Triple-S Steel Supply LLC<br>P.O. Box 301212<br>Dallas, TX 75303-1212 | T-TEX INDUSTRIES<br>8302 ALMEDA GENOA RD.<br>Houston, TX 77075 | TTI Oil<br>6438 Long Dr<br>Houston, TX 77087 |
| TTS, LLC<br>P.O. Box 654168<br>Dallas, TX 75265 | Tuispace, Inc<br>11757 Katy Freeway Suite 1300<br>Houston, TX 77079 | Twinco, Inc.<br>5201 S Loop E<br>Houston, TX 77033 |
| ULINE<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | UniFirst Holdings, Inc<br>PO Box 650481<br>Dallas, TX 75265-0481 | Unifirst Holdings, Inc.<br>6000 Bolm Road<br>Austin, TX 78721 |
| Uni-Form Components Company<br>P.O. Box 91765<br>Chicago, IL 60693 | United Site Services of Texas,Inc<br>bda Armadillo Portable Toilets<br>PO Box 246<br>Columbus, TX 78934 | UPS<br>P.O. Box 650116<br>Dallas, TX 75265-0116 |
| Utica LeaseCo, LLC<br>905 South Boulevard East<br>Rochester Hills, MI 48307 | uWeld LLC<br>PO Box 56<br>Carthage, TX 75633 | Vallen Distribution, Inc<br>P.O. Box 404753<br>Atlanta, GA 30384 |
| VanZandt Controls, LLC<br>VZ Distribution Holding LLC<br>PO Box 944<br>Odessa, TX 79760 | VC 3, Inc.<br>PO Box 746804<br>Atlanta, GA 30374-6804 | Viking Pump Inc<br>96867 Collections Center Drive<br>Chicago, IL 60693 |
| Vulcan Finned Tubes, L.P.<br>27951 Commercial Park Dr.<br>Tomball, TX 77375 | W.H. Laboratories<br>8450 Rayson Road<br>Houston, TX 77080 | WELDFLOW INDUSTRIAL LLC<br>834 CANYON HILL<br>Rosenberg, TX 77471 |
| Weldforce Fabricators, LLC<br>14875 Waterloo Drive<br>Houston, TX 77053 | West Texas Valve, LLC<br>DBA Paradigm Valve Group<br>117 Pennington St<br>Buffalo Gap, TX 79508 | Western Casting LTD. DBA RJ Machine Co., Inc<br>P.O. Box 1449<br>Marble Falls, TX 78654 |

| | | |
|---|---|---|
| WIKA Instrument, LP<br>P.O. Box 890750<br>Charlotte, NC 28289-0750 | Winsupply of East Houston, TX dba<br>MSI Supply, Inc.<br>PO BOX 24279<br>Houston, TX 77229 | WM Shirley<br>28610 Highway 290 Ste F9, # 33<br>Cypress, TX 77433 |
| Yammm Software, LLC<br>2356 Bastrop St.<br>Houston, TX 77004 | Zoho Corporation<br>PO Box 894926<br>Los Angeles, CA 90189 | Andrew Jimenez<br>U.S. Department of Justice<br>United States Trustee Program<br>606 N Carancahua St<br>Ste 1107<br>Corpus Christi, TX 78401 |
| Andrew G Edson<br>Robert P. Franke<br>**Clark Hill PLC**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202-3794 | United States Attorney Office<br>for the Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002 | David Weitman, Esq.<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201 | Dean Farley, Esq.<br>Senior Counsel<br>Brennan Investment Group<br>9450 W Bryn Mawr Ave #750<br>Rosemont, IL 60018 |
| TRENT L. ROSENTHAL<br>ROSENTHAL LAW FIRM, P.L.L.C.<br>675 Bering Dr., Suite 150<br>Houston, Texas 77057 | Julie Parsons<br>McCreary, Veselka, Bragg & Allen P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, L.L. P<br>P.O. Box 817<br>Lubbock, TX 79408 |
| James M. Schober<br>Teresa R. Schober<br>Schober & Schober, P.C.<br>1611 Nueces Street<br>Austin, Texas 78701 | Precise Steel Int'l, LLC<br>c/o Nicholas T. Martinez<br>1717 Turning Basin Dr., Suite 375<br>Houston, Texas 77029 | Phonoscope Fiber<br>10555 Westoffice Dr,<br>Houston, TX 77042 |
| Engie Offices<br>1924 Millikin Rd<br>Columbus, OH 43210 | LiveWire<br>25545 Interstate Hwy 45,<br>Houston, TX 77380 | Brian A. Baker<br>STACY & BAKER, P.C.<br>5300 Memorial Drive, Suite 270<br>Houston, Texas 77007 |
| Cirro Energy<br>2745 Dallas Pkwy #200<br>Dallas, TX 75093 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO Box 3064<br>HOUSTON, TX 77253-3064 | |