IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| KW International, LLC, | ) Case No. 23-90708 (CML) |
|  | ) |
| Debtor. | ) |
|  | ) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for ("**EP Energy**") pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in the case of the above-captioned debtor (the "**Debtor**") and request that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
Theodore S. Heckel (24133488)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Emails: Alfredo.Perez@weil.com
              Clifford.Carlson@weil.com
              Theodore.Heckel@weil.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way

any rights or interests of any creditor or party in interest in this case, with respect to (a) the Debtor and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of EP Energy: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which EP Energy is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, EP Energy's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of EP Energy consistent with Article III of the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

2

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Dated: August 3, 2023  
      Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez  
Alfredo R. Pérez (15776275)  
Clifford Carlson (24090024)  
Theodore S. Heckel (24133488)  
**WEIL, GOTSHAL & MANGES LLP**  
700 Louisiana Street, Suite 1700  
Houston, Texas  77002  
Telephone: (713) 546-5000  
Facsimile:  (713) 224-9511  
Emails: Alfredo.Perez@weil.com  
       Clifford.Carlson@weil.com  
      Theodore.Heckel@weil.com

*Counsel for EP Energy E&P Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service Papers was served by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                                               /s/ Alfredo R. Pérez
                                               Alfredo R. Pérez