# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| | ) | |
| KW INTERNATIONAL, LLC | ) | Case No. 23-23-90708 |
| | ) | |
| Debtor. | ) | |

## VERIFICATION OF AMENDED CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

Date: August 11, 2023            Signature: _____
                                 Greg Hatfield, Chief Financial Officer

3-C Valve & Equipment
P.O. Box 5345
Kingwood, TX 77325-5345

Aardvark Janitorial Inc.
DBA Aardvark Supply Company
281 W. Wall St., PO Box 4696
Midland, TX 79704

ABB Inc.
P.O. Box 88868
Chicago, IL 60695-1868

Abrasives, Inc.
4090 Hwy 49
Glen Ullin, ND 58631

Absolute Fabrication LLC
27818 Amity Dr
Spring, TX 77386

Absolute Metal Products, LLC
PO Box 4356 Dept 625
Houston, TX 77210-4356

Acuren Inspection Inc.
2040 Trade Drive
Midland, TX 79706

ADP, LLC
P.O. Box 842875
Boston, MA 02284-2875

Aegion Companies dba Corrpro
P.O.Box 7410575
Chicago, IL 60674-0575

Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671

AKZO NOBEL COATINGS INC.
535 MARRIOTT DRIVE
Nashville, TN 37214

All Tex Pipe & Supply
15100 Grand Point Road
Houston, TX 77090

Allbright & Associates Inc.
8011 Andrews Hwy
Odessa, TX 79765

Allstates Production Equipment
P.O. Box 95287
Oklahoma City, OK 73143

ALS Industrial Services
P.O. Box 1564 Dept 263
Houston, TX 77251

American Alloy Steel, Inc.
P.O. Box 40469
Houston, TX 77240-0469

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Industrial Technologies Group
PO Box 1080
Dickinson, TX 77539

American Packing & Gasket OPCO, LLC
P.O. Box 4356, Dept 1593
Houston, TX 77210-4356

American Piping Inspection, INC.
17110 E Pine St
Tulsa, OK 74116

American Piping Products, Inc
825 Maryville Center Drive Suite 31
Chesterfield, MO 63017

American Production Valve
10125 STAFFORD CENTRE DRIVE
Stafford, TX 77477

Ameriforge Corporation
P.O. Box 4314
Houston, TX 77210-4314

Any Time Analysis
2719 Osler Blvd
Bryan, TX 77802

Apache Steel Works, LLC
PO Box 21169
Houston, TX 77226-1169

Aratis Solutions LLC
Ryan P. Trahan
131 Marble Meadow Court
Cypress, TX 77433

ArcherPoint Inc
5415 Sugarloaf Pkwy Ste 221
Lawrenceville, GA 30043

Ascendant Office Solutions
PO Box 65345
Lubbock, TX 79464

Aubaine Supply Company, Inc.
P.O. Box 727
Giddings, TX 78942

Authorized Inspection Associates, LLC
14531 FM 529 Suite 135
Houston, TX 77095

B&H Industrial Supplies
P.O. Box 13135
Odessa, TX 79768-3135

B&J Welding Supply Ltd
P.O. Box 3520
Lubbock, TX 79452

Badger Meter, Inc
Box 88223
Milwaukee, WI 53288-0223

Baker Tankhead
P.O. Box 77021
Fort Worth, TX 76177

Bakersfield Pipe and Supply, Inc
PO Box 842876
Dallas, TX 75284

Band and Masters LLC
11981-A FM 529 Rd
Houston, TX 77041

BAY Area/General Crane Service Co
4206 WESLOW St
Houston, TX 77087

Beaumont Manufacturing and Distribution Company
1009 Laurel
Beaumont, TX 77701

Bird Tire Sales & Service
P.O. Box 925158
Houston, TX 77292

Bishop Lifting Products, Inc
125 McCarty
Houston, TX 77029

B-Line Filter & Supply Inc.
1509 W 2nd
Odessa, TX 79763

Bold Production Services, LLC
10880-A Alcott Drive
Houston, TX 77043

Boot Barn
15345 Barranca Parkway
Irvine, CA 92618

Border States Industries, Inc
PO Box 201889
Dallas, TX 75320

Brazos Fasteners, Inc
312 W Plantation
Clute, TX 77531

Brice Barclay
4301 Greenbriar Drive
Stafford, TX 77477

Bryan Research & Engineering, LLC
P.O. Box 3403
Bryan, TX 77805

Canalta Controls Ltd.
1210 Duncan Street Building 5, Ste. #2
Denton, TX 76205

Canalta USA Corp
1210 Duncan St, Blgd 5 Ste 2
Denton, TX 76205

Carboline Global
P.O. Box 931942
Cleveland, OH 44193-0004

CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723

Charts Ltd
2031 Trade Drive
Midland, TX 79706

Chase Controls LP
702 South Persimmon Suite 1C
Tomball, TX 77375

CheckPoint Pumps & Systems
21356 Marion Lane
Mandeville, LA 70471

Chem Oil
Unique Valve & Instrumentation Company, LP
P.O. Box 679861
Dallas, TX 75267-9861

Clean Arte Maid Service
2628 Fondren Rd
Houston, TX 77063

Clemtex
P.O. Box 15214
Houston, TX 77220-5214

Codeware Inc.
6530 Sawyer Loop Rd.
Sarasota, FL 34238

COKE MACHINE INC (DBA : CMI VALVE)
P.O. BOX 1925
Stafford, TX 77497

Consolidated P and S Inc.
19823 Skycountry Lane
Houston, TX 77094

| | | |
|---|---|---|
| Corporate Outfitters<br>9011 S Sam Houston Pkwy W Suite 13<br>Missouri City, TX 77489 | Cortex Business Solutions USA<br>P.O. Box 675035<br>Dallas, TX 75267 | CPI Wirecloth and Screens, Inc.<br>P.O. Box 1710<br>Pearland, TX 77588 |
| Creatio Americas Inc.<br>280 Summer Street, 6th Floor<br>Boston, MA 02210-1131 | Crossroads Financal, LC<br>6001 Broken Sound Parkway NW Suite 620<br>Boca Raton, FL 33487 | Crossroads Financial, LLC<br>6001 Broken Sound Parkway # 62<br>Boca Raton, FL 33487 |
| Crowe LLP<br>P. O. Box 4792<br>Houston, TX 77210 | Crown Sandblasting and Painting LLC<br>P.O. Box 2405<br>Pearland, TX 77588 | Cuates's Gas Compressor Services, LLC<br>817 Columbus Rd<br>Sealy, TX 77474 |
| CWF Welding Services<br>904 Coronado Ave<br>Odessa, TX 79763 | Cyclone Steel Services, Inc.<br>Dept. 396 P.O. Box 4346<br>Houston, TX 77210-4346 | Daniel OpCo, LLC<br>FKA Micro Motion<br>975 W Sam Houston Pkwy N, Ste 1<br>Houston, TX 77064 |
| Dannyell McCord Cleaning Services<br>600 W. Louisianna Ave.<br>Midland, TX 79701 | Darr Equipment Co<br>P.O. Box 975053<br>Dallas, TX 75397 | Dealers Electrical Supply Co<br>P.O. Box 2535<br>Waco, TX 76702-2535 |
| Delta Steel, Inc.<br>P.O. Box 849086 5th Floor<br>Dallas, TX 75284-9086 | Delta T Thermal Solutions LLC<br>1900 Old Burk Hwy<br>Wichita Falls, TX 76306 | DENNARD AND TODD OVERHEAD DOORS<br>P.O BOX 11037<br>Odessa, TX 79760 |
| DISA Global Solutions, Inc.<br>Dept. 3731 P.O. Box 123731<br>Dallas, TX 75312-3731 | Distribution Now<br>P.O. Box 200822<br>Dallas, TX 75320-0822 | Dwyer Instruments, Inc.<br>P.O. Box 338<br>Michigan City, IN 46361 |
| Eads Distribution, LLC<br>P.O. Box 712465<br>Cincinnati, OH 45271 | Edmonton Exchanger & Manufacturing Ltd.<br>5545 - 89 Street NW<br>Edmonton, AB, AB T6E 5W9 | Eggelhof Inc.<br>P.O. Box 4346 Dept. 171<br>Houston, TX 77210-4346 |
| Element Materials Technology Houston LLC<br>P.O. Box 841774<br>Dallas, TX 75284-1774 | Elite Supply Partners Inc<br>P.O.Box 946<br>Odessa, TX 79760 | Elliott Electric Supply<br>P.O. Box 206524<br>Dallas, TX 75320 |
| Endress + Hauser, Inc.<br>Dept 78795 P.O. Box 78<br>Detroit, MI 48278-0795 | Energy Sales, LLC<br>1408 W InterState 20<br>Odessa, TX 79763 | Evolution Metal Tech LLC<br>7108 East Fwy<br>Baytown, TX 77521 |

| | | |
|---|---|---|
| EZ Line<br>P.O. Box 767<br>Manvel, TX 77578 | Fagan Answering Service, Inc<br>TELEMARKETING Inc.<br>P.O. Box 4113<br>Victoria, TX 77903 | Fayette Fire & Safety, Inc<br>2200 Roznov Road<br>Fayetteville, TX 78940 |
| Federal Steel Supply, LLC.<br>747 Goddard Avenue<br>Chesterfield, MO 63005 | FedEx Freight<br>Dept CH P.O. Box 10306<br>Palatine, IL 60055-0306 | Field Industries LLC<br>6633 Lindbergh St.<br>Houston, TX 77087 |
| FLEXTG FINANCIAL SVCS / MBM<br>MBM<br>P.O. Box 4162<br>Philadelphia, PA 19101-1602 | Flow-Zone, LLC<br>Dept 248 P.O. Box 6762<br>Dallas, TX 75267 | FMC Technologies Measurement Solutions Inc<br>14121 Collections Center Drive<br>Chicago, IL 60693 |
| FMCTI Corporation<br>C/O Bank Of America<br>PO Box 845346<br>Dallas, TX 75284-5346 | Forged Components, Inc.<br>14527 Smith Rd.<br>Humble, TX 77396 | Forklift Rental & Equipment<br>6250 W. 24th Street<br>Odessa, TX 79763 |
| Fort Worth F & D Head Company<br>P.O. Box 79700<br>Saginaw, TX 76179-0700 | Frank Recruitment Group, Inc<br>PO Box 10921<br>Palatine, IL 60055-0921 | FTG Texas<br>File 2362 181 W Olympic Blvd<br>Pasadena, CA 91199 |
| Galvotec Corrosion Services, LLC<br>6712 S. 36th Street<br>McAllen, TX 78503 | Gen-X Machine Technologies<br>4470 S. 70th East Ave.<br>Tulsa, OK 74145 | Grainger<br>Dept 885902273<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 |
| Gulf Coast Business Credit  account of RamRod Trucking<br>3009 Hohl St<br>Houston, TX 77093 | Gulf Coast Engineered Solutions, Inc.<br>P.O. Box 130723<br>The Woodlands, TX 77393-0723 | Hatfield & Company, Inc.<br>P.O. Box 910862<br>Dallas, TX 75391-0862 |
| Hayes Filtration Systems, LLC<br>DBA Aire Flo Filter<br>P.O. Box 7118<br>Odessa, TX 79760 | Hb Services, LLC<br>7611 Ea County Rd 62<br>Midland, TX 79705 | HB Solutions Group dba Titan Transportation<br>16514 Avenplace<br>Tomball, TX 77377 |
| HGG Profiling Equipment Inc<br>228 East 45th Street Suite 9e<br>New York, NY 10017 | HireQuest Inc.<br>PO BOX 74884<br>Atlanta, GA 30374-8804 | Houston Oilfield Equipment, Inc.<br>9669 Port Erroll Dr.<br>Houston, TX 77095 |
| HVAC & Industrial Controls Co<br>633 Central Ave<br>Charleston, WV 25302 | Industrial Instrument Company of Houston<br>P.O. Box 40186<br>Houston, TX 77240 | Industrial Piping Specialists<br>P.O. Box 581270<br>Tulsa, OK 74158 |

| | | |
|---|---|---|
| Inferno Manufacturing Corporation<br>115 Ricou Street<br>Shreveport, LA 71107 | Intech Process Automation Inc<br>1400 Broadfield Blvd Ste 31<br>Houston, TX 77084 | J & J Steel & Supply Co.<br>P.O. Box 1886<br>Odessa, TX 79760-1886 |
| Jatco, Inc.<br>244 NW 111th<br>Oklahoma City, OK 73114 | Jayco<br>PO Box 20026<br>Oklahoma City, OK 73156 | Jimmie L. Class Construction<br>P.O. Box 68<br>Eagle Lake, TX 77434 |
| JJM Oil & Gas, Inc.<br>423 N. Wayside Dr<br>Houston, TX 77020 | JM Test Systems, Inc.<br>Dept #6389 PO Box 1147<br>Birmingham, AL 35246 | JMS Southeast<br>105 Temperature Lane<br>Statesville, NC 28677 |
| Juarez Lawn Service<br>PO Box 861<br>Columbus, TX 78934 | KanAgg Recycling<br>5300 N. Braeswood Blvd. #4 Box 418<br>Houston, TX 77096 | Kelley Instrument Machine, Inc.<br>P.O. Box 5368<br>Texarkana, TX 75505-5368 |
| Kennedy Fabricating, LLC<br>PO Box 1357<br>Splendora, TX 77372 | Kimray<br>P.O. Box 248869<br>Oklahoma City, OK 73124 | Kinetic Engineering Corporation<br>16810 Barker Springs Road Ste. 218<br>Houston, TX 77084 |
| Koch-Gltisch LP<br>P.O. Box 915034<br>Dallas, TX 75391-5034 | Koons Gas Measurement<br>Dept 1940<br>Tulsa, OK 74182 | KOTRLA Air Conditioning & Heating<br>P.O. Box 998<br>Columbus, TX 78934 |
| KW-AFM Properties LLC<br>c/o Property Management,<br>thisRealty P.O. Box 52154<br>Midland, TX 79710 | Labelleco Fab, LLC<br>P.O. Box 20516<br>Beaumont, TX 77720 | LightSpar, LLC<br>PO Box 2143<br>Addison, TX 75001 |
| Lincoln Electric Company<br>P.O. Box 644248<br>Pittsburgh, PA 15264 | Locke Lord LLP<br>P.O. Box 301170<br>Dallas, TX 75303-1170 | Lone Star Corrosion Services, Inc<br>9216 Windmill Parl Lane<br>Houston, TX 77064 |
| Lone Star Gasket & Supply , Inc<br>P.O. Box  2615<br>Odessa, TX 79760 | Luke Industries, LLC<br>Corporate Billing, LLC Dept . 100<br>PO Box 8364<br>Birmingham, AL 35283 | Lynco Flange & Fitting<br>PO BOX 926226<br>Houston, TX 77292 |
| M & M Disposal<br>P.O. Box 12<br>Stanton, TX 79782 | M & M Sales & Equipment, Inc<br>2639 Kermit Hwy<br>Odessa, TX 79763 | M G Insulation<br>2115 Marshall St.<br>Pasadena, TX 77506 |

| | | |
|---|---|---|
| Mako Oilfield Services, LLC<br>12633 Reed Road<br>Sugarland, TX 77448 | McCarty Equipment Co., Ltd<br>P.O. Box 4346 Dept. 27<br>Houston, TX 77210-4346 | McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| McNichols Co.<br>P.O. Box 101211<br>Atlanta, GA 30392-1211 | Mercer Valve Co, Inc.<br>P.O. Box 270970<br>Oklahoma City, OK 73137 | Microsoft Corporation<br>C/O Bank of America<br>195 N Stemmons Fwy Ste 51 LB #842467<br>Dallas, TX 75207 |
| Midland Lock & Safe, Inc.<br>1408 N. Big Spring<br>Midland, TX 79701 | Mid-West Instrument<br>6500 Dobry Drive<br>Sterling Heights, MI 48314 | Milton Roy Co.Inc<br>Mail Code 5137<br>P.O. Box 66367<br>Dallas, TX 75266-0367 |
| MineralTech<br>8700 Hwy 87N #2<br>Orange, TX 77632 | Moody Price LLC<br>Dept. 0592<br>P.O. Box 12592<br>Dallas, TX 75312-0592 | MSC Industrial Supply Co<br>P.O. Box 953635<br>Saint Louis, MO 63195 |
| Muskat, Mahony & Devine, LLP<br>1201 Louisiana Street Suite 85<br>Houston, TX 77002 | National Hose & Accessory<br>P.O. Box 4887<br>Pasadena, TX 77502-4887 | National Hose ACCESSORY<br>P.O. Box 4887<br>Pasadena, TX 77502-4887 |
| Nevis PipeLine Products, LLC<br>P.O. Box 2088<br>Tomball, TX 77377 | nFusion Capital Finance, LLC<br>6444 Burnet Road Suite 100<br>Austin, TX 78757 | nFusion Capital Finance, LLC<br>6444 Burnet Road Suite 100<br>Austin, TX 78757 |
| Norriseal Wellmark, Inc.<br>JP Morgan Chase Bank, N.A. P.O. Box 73215<br>Dallas, TX 75373-0215 | O & I Fabrication<br>11979 FM 529<br>Houston, TX 77041 | One Ring Networks,  Inc<br>PO Box 1360<br>Athens, TX 75751 |
| Ourco Supply Corp<br>Ourco Supply Corp Dept.<br>1329 PO Box 4356<br>Houston, TX 77210-4356 | Overhead Door<br>P.O.Box 2932<br>Midland, TX 79702 | Pearland Gasket Services LLC<br>P.O. Box 2704<br>Pearland, TX 77588 |
| Petro Communications Inc<br>2425 E. Hwy 80<br>Midland, TX 79706 | Phonoscope Global, Inc.<br>10555 Westoffice Dr.<br>Houston, TX 77042 | PipeLine Equipment, Inc<br>8403 S 89th W Ave<br>Tulsa, OK 74131 |
| Potter's Western Store<br>Clarence Henry Potter Jr. 216 Highway 71 S<br>Columbus, TX 78934 | Precise Steel International, LLC<br>909 Marcella St.<br>Houston, TX 77091 | Precision Flamecutting and Steel, L.P.<br>P.O. Box 841367<br>Dallas, TX 75284-1367 |

| | | |
|---|---|---|
| Precision Flow, Inc.<br>725 N. Ave. E<br>Odessa, TX 79763 | Precision Piping Products LLC<br>15803 Tuckerton Rd<br>Houston, TX 77095 | Preferred Logistics, Inc<br>12835 Jess Pirtle Blvd<br>Sugar Land, TX 77478 |
| ProFire Combustion<br>321 South 1250 West Suite 1<br>Lindon, UT 84042 | ProFire Energy Inc.<br>321 South 1250 West Suite 1<br>Lindon, UT 84042 | Prostar Manufacturing Inc.<br>PO Box 75166<br>Houston, TX 77234 |
| PSS Industrial Group Corp<br>10507 Ella Blvd Suite 1<br>Houston, TX 77038 | Puffer Sweiven, LP<br>Dept 730092 P.O. Box 66919<br>Dallas, TX 75266-0919 | RDA Solutions, LLC<br>10197 FM 156<br>Fort Worth, TX 76131 |
| Relevant Industrial, LLC<br>PO Box 95605<br>Grapevine, TX 76099-9730 | Relevant Industrial, LLC<br>FKA Rawson, LLC PO Box 9565<br>Grapevine, TX 76099-9730 | Renslip Fire Protection<br>4947 Hwy. 90<br>Alleyton, TX 78935 |
| Reotemp Instruments<br>10656 Roselle St.<br>San Diego, CA 92121 | Republic Services #688<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Rexel USA, Inc<br>P. O. Box 840638<br>Dallas, TX 75284-0638 |
| River Oaks Couriers<br>12835 Jess Pirtle Blvd<br>Sugarland, TX 77478-2860 | Roosevelt Steel Co.<br>1308 Missouri Street<br>South Houston, TX 77587 | Rosemount Inc.<br>ROSEMOUNT Inc<br>P.O. Box 73156<br>Dallas, TX 75373-0156 |
| Roto-Versal Compression Services, LLC<br>PO Box 841035<br>Houston, TX 77284 | RS Americas, Inc.<br>7151 Jack Newell Blvd. S<br>Fort Worth, TX 76118 | RSD Supply, Inc.<br>P.O. Box 841518<br>Houston, TX 77284-1518 |
| Ruelco Inc.<br>1209 Distributors Row<br>New Orleans, LA 70123 | Russell Logistics LLC<br>21310 Binford Rd<br>Waller, TX 77484 | Safety Solutions, LLC<br>P.O. Box 1191<br>Midland, TX 79702 |
| Safety-Kleen<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | Scot Industries<br>P. O. Box 910018<br>Dallas, TX 75391 | Scot Industries<br>P.O. Box 910018<br>Dallas, TX 75391 |
| Sea Ropes, LLC<br>P.O. Box 384<br>Belle Chasse, LA 70037 | Sepco Process, Inc.<br>3290 Avenue M Ext.<br>Conroe, TX 77301 | Shoppa's Material Handling Co.<br>P.O. Box 612027<br>Dallas, TX 75261-2027 |

| | | |
|---|---|---|
| Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266 | South Texas Specialty Welders, LLC and New Century Financial<br>PO Box 8968<br>Spring, TX 77387-8968 | Southern Valve and Control, LLC<br>1109 MAURICE RD.<br>Broussard, LA 70518 |
| Spray Equipment & Service Center LLC<br>P.O. Box 96407<br>Charlotte, NC 28296-0407 | Squidz Ink Design, Inc<br>1005 E. 27th Street<br>Houston, TX 77009 | Stark Solutions LLC<br>10816 Northridge Drive<br>Conroe, TX 77303 |
| Strategic Energy Products<br>3915 W Davis St Suite 13<br>Conroe, TX 77304 | SureFire Pilotless Burner System LLC<br>1910 Rustic Place<br>Farmington, NM 87401 | Sustaita Services<br>3912 E County Rd 157<br>Midland, TX 79706 |
| SWITCH<br>PO Box 730396<br>Dallas, TX 75373-0396 | T G Industries<br>31714 Industrial Park Drive<br>Pinehurst, TX 77362 | Tascosa Office Machines<br>223 W. Broadway<br>Hobbs, NM 88240-6003 |
| Taylor Valve Technology, Inc.<br>P.O. Box 248836<br>Oklahoma City, OK 73124 | Team Industrial Services, Inc.<br>P.O. Box 842233<br>Dallas, TX 75284-2233 | TechLine Mfg.<br>30516 Boots Thomas Dr<br>Spanish Fort, AL 36527 |
| Techosystems<br>BKSEGERS CORPORATION 652 Lonetree Blvd., #11<br>Rocklin, CA 95765 | Telepacific Communications<br>P.O. Box 123279 Dept 3279<br>Dallas, TX 75312-3279 | Terminix Processing Center<br>P.O. Box 802155<br>Chicago, IL 60680 |
| Texas Disposal Systems<br>PO Box 674090<br>Dallas, TX 75267 | Texas Nameplate Company, Inc.<br>2200 W Longhorn Dr<br>Lancaster, TX 75134 | Texas Process Equipment<br>5215 Ted St.<br>Houston, TX 77040 |
| Texas Steel Processing, Inc.<br>P.O. Box 731529<br>Dallas, TX 75373-1529 | Tex-Fin, Inc.<br>19115 Aldine Westfield<br>Houston, TX 77073 | TForce Freight<br>PO Box 650690<br>Dallas, TX 75265-0690 |
| The Bosworth Company<br>P.O. Box 3449<br>Midland, TX 79702 | The National Board of Boiler & Vessel Inspectors<br>Attention: Accounting Department<br>155 Crupper Ave.<br>Columbus, OH 43229-1183 | Thermal Scientific, Inc<br>P.O. Box 2273<br>Mansfield, TX 76063 |
| Thermon Canada Inc.<br>1806 Centre Avenue NE<br>Calgary, Alberta,  T2E 0A6 | TimberLine Manufacturing Co Apergy Energy Automation, LLC<br>P.O. Box 732553<br>Dallas, TX 75373-2553 | Titus Flux Inc<br>1575 Hwy 411 NE,Suite 401<br>Cartersville, GA 30121 |

| | | |
|---|---|---|
| TMCO Operating LLc<br>Dept 411 Box 4458<br>Houston, TX 77210-458 | Toepperwein Air Conditioning & Refrigeration<br>P.O. Box 147<br>Columbus, TX 78934 | TRALTO Management Co, LLC<br>fka, 200 Texas LLC 8827 W. Sam Houston Pkwy. N,Ste 2<br>Houston, TX 77040 |
| Transcend Solutions, LLC<br>16580 Air Center Blvd #4<br>Houston, TX 77032 | Triangle Engineering, Inc.<br>6 Industrial Way<br>Hanover, MA 02339-2425 | Trinity Heads, Inc.<br>P.O. Box 732666<br>Dallas, TX 75373-2666 |
| Triple-S Steel Supply LLC<br>P.O. Box 301212<br>Dallas, TX 75303-1212 | T-TEX INDUSTRIES<br>8302 ALMEDA GENOA RD.<br>Houston, TX 77075 | TTI Oil<br>6438 Long Dr<br>Houston, TX 77087 |
| TTS, LLC<br>P.O. Box 654168<br>Dallas, TX 75265 | Tuispace, Inc<br>11757 Katy Freeway Suite 1300<br>Houston, TX 77079 | Twinco, Inc.<br>5201 S Loop E<br>Houston, TX 77033 |
| ULINE<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | UniFirst Holdings, Inc<br>PO Box 650481<br>Dallas, TX 75265-0481 | Unifirst Holdings, Inc.<br>6000 Bolm Road<br>Austin, TX 78721 |
| Uni-Form Components Company<br>P.O. Box 91765<br>Chicago, IL 60693 | United Site Services of Texas,Inc<br>bda Armadillo Portable Toilets<br>PO Box 246<br>Columbus, TX 78934 | UPS<br>P.O. Box 650116<br>Dallas, TX 75265-0116 |
| Utica LeaseCo, LLC<br>905 South Boulevard East<br>Rochester Hills, MI 48307 | uWeld LLC<br>PO Box 56<br>Carthage, TX 75633 | Vallen Distribution, Inc<br>P.O. Box 404753<br>Atlanta, GA 30384 |
| VanZandt Controls, LLC<br>VZ Distribution Holding LLC<br>PO Box 944<br>Odessa, TX 79760 | VC 3, Inc.<br>PO Box 746804<br>Atlanta, GA 30374-6804 | Viking Pump Inc<br>96867 Collections Center Drive<br>Chicago, IL 60693 |
| Vulcan Finned Tubes, L.P.<br>27951 Commercial Park Dr.<br>Tomball, TX 77375 | W.H. Laboratories<br>8450 Rayson Road<br>Houston, TX 77080 | WELDFLOW INDUSTRIAL LLC<br>834 CANYON HILL<br>Rosenberg, TX 77471 |
| Weldforce Fabricators, LLC<br>14875 Waterloo Drive<br>Houston, TX 77053 | West Texas Valve, LLC<br>DBA Paradigm Valve Group<br>117 Pennington St<br>Buffalo Gap, TX 79508 | Western Casting LTD. DBA RJ Machine Co., Inc<br>P.O. Box 1449<br>Marble Falls, TX 78654 |

WIKA Instrument, LP
P.O. Box 890750
Charlotte, NC 28289-0750

Winsupply of East Houston, TX
dba MSI Supply, Inc.
PO BOX 24279
Houston, TX 77229

WM Shirley
28610 Highway 290 Ste F9, # 33
Cypress, TX 77433

Yammm Software, LLC
2356 Bastrop St.
Houston, TX 77004

Zoho Corporation
PO Box 894926
Los Angeles, CA 90189

Stephen Aguilar
P.O.Box 63
Eagle Lake, TX 77434

Jorge Ambriz
355 Hill Street
Sealy, TX 77474

Earnest Anderson
3131 Highway 90
Weimar, TX 78962

Daniel Appelt
5335 Us Hwy 77 N
Hallettsville, TX 77964

Jesus Arellano
20423 Shiloh Mist Lane
Katy, TX 77449

Debra Ashorn
4568 FM 2187 Road
Sealy, TX 77474

Christopher Banks
7210 Alava Drive
Magnolia, TX 77354

Jessica Brooker
6006 Kermit Avenue
Odessa, TX 79762

Connor Brosch
15903 Cumberland Oak Ct.
Cypress, TX 77433

Joshua Buchanan
934 E Fannin Street
La Grange, TX 78945

Samuel Camacho
2508 Tuttle
Rock Island, TX 26102

Mario Cardenas
1808 2nd Street
Galena Park, TX 77547

German Carrion
12000 Sawmill Road
Spring, TX 77380

Jose Castillo
415 Lake side drive
Eagle Lake, TX 77434

Alvaro Castillo Jr
520 Hubbards Ferry Road
Eagle Lake, TX 77434

Nelson Castro Gonzales
6239 Beckendorff Road
Sealy, TX 77474

Spenser Conrad
11823 Lilac Valley Lane
Cypress, TX 77433

Sergio De la Cruz
18229 James Road
Hockley, TX 77447

Omar De La Cruz Moreno
11714 Buls Road Trlr 4
East Bernard, TX 77435

Alexander DeHart
25311 Winding Creek Court
Magnolia, TX 77355

John DelaCerda
187 Vestral Road
Buda, TX 78610

Chet Dluhos
13378 FM 1155E
Washington, TX 77880

Curtis Dolejsi
1249 County Road 151
Columbus, TX 78934

Jose Duran Jr
311 24th Street
Hempstead, TX 77445

| | | |
|---|---|---|
| Alejandro Duran-Pacheco<br>311 24th Street<br>Hempstead, TX 77445 | Phillip Ehrhart<br>12314 Exbury Ct<br>Tomball, TX 77377 | Sergio Esquivel<br>1316 Murphy Road<br>Eagle Lake, TX 77434 |
| John Fennel<br>16615 St Johns Wood Dr<br>Tomball, TX 77377 | Martin Flores<br>3608 South County Road 1313<br>Odessa, TX 79765 | Janine Fowler<br>2407 Autumn Springs Lane<br>Spring, TX 77373 |
| Jesus Frias<br>5325 West 43rd Street<br>Houston, TX 77092 | Victor Frias<br>5325 West 43rd Street<br>Houston, TX 77092 | Ricardo Gallegos<br>25611 Pannier Pl<br>Katy, TX 77493 |
| Robert Gann<br>6638 Rusty Ridge Lane<br>Katy, TX 77449 | Missael Garcia<br>5120 Apollo Lane<br>Rosharon, TX 77583 | Salvador Gaspar<br>2998 W. US Hwy 90<br>Weimar, TX 78962 |
| Andrew Glasscock<br>1309 Village Drive<br>South Charleston, WV 25309 | Diego Gonzalez<br>29402 Kickapoo Meadows Lane<br>Waller, TX 77484 | Juan Gonzalez<br>20718 Dewberry Creek Ln<br>Katy, TX 77449 |
| Ramon Gonzalez<br>1922 Tomlinson Road<br>Wallis, TX 77485 | Esteban Gonzalez Ortiz<br>101 Brookside<br>Sealy, TX 77474 | Amy Gordon<br>20525 Cypresswood Dr.<br>Cypress, TX 77433 |
| Ambri Goss<br>9318 Tree Branch Drive<br>Houston, TX 77064 | Ashli Goss<br>10003 Windriver Drive<br>Houston, TX 77070 | Matthew Graham<br>27618 Linden Ridge Lane<br>Fulshear, TX 77441 |
| James Grawunder<br>1162 Sealy Road<br>Sealy, TX 77474 | Michael Griffin<br>426 Front Street<br>Columbus, TX 78934 | Noe Guzman<br>12908 Village Gate Drive<br>Houston, TX 77082 |
| Joshua Hardin<br>123 Saddle Brook Circle<br>Hallsville, TX 75650 | Gregory Hatfield<br>5013 Gibson Street<br>Houston, TX 77007 | Larry Henderson<br>1050 Shirley Oaks Drive<br>Columbus, TX 78934 |
| Sergio Hernaiz Delgado<br>3737 Cogdell St<br>Houston, TX 77019 | Fernando Hernandez<br>4943 Mieth Road<br>Sealy, TX 77474 | Jesus Hernandez<br>2051 Lauren Lane<br>Sealy, TX 77474 |

Santiago Hernandez
304 W Converse St
Weimar, TX 78962

Angel Hernandez-Saldierna
803 Old Wharton Rd 11
East Bernard, TX 77435

Wade Holub
1950 Company Field Rd
Schulenburg, TX 78956

Trong Huynh
24706 Colonial Elm Drive
Katy, TX 77493

Rafael Ignacio
8719 Green Hollow Lane
Spring, TX 77379

Justin Izard
P.O. BOX 109
Hallettsville, TX 77964

Kenton Jackson
606 n dowling st
Hallettsville, TX 77964

Jonathan Johnson
19702 Bold River Road
Tomball, TX 77375

Mark Kansteiner
2895 Loehr Rd
La Grange, TX 78945

John Knesek
383 Jewett Meadow Drive
Magnolia, TX 77354

Denise Koepke
15711 Stable Creek Circle
Cypress, TX 77429

Donna Koerth
512 Tait Street
Columbus, TX 78934

David Kovar
201 Taylor Street
Alleyton, TX 78935

Regulo Leal
1660 Katy Gap Road
Katy, TX 77494

Manuel Ledesma-Ortiz
5206 Pinewood Springs Drive
Houston, TX 77066

James Lee
10319 Mackies Run Lane
Cypress, TX 77433

Cesar Licea Mosqueda
24238 Yelverton Glen Drive
Katy, TX 77493

Luis Lima
1041 White Birch Lane
Brookshire, TX 77423

Nathan LuJan
15911 Jamie Lee Drive
Houston, TX 77095

Anselmo Luna
1324 Murphy Road
Eagle Lake, TX 77434

Dustin Machinsky
1616 Live Oak Street
Columbus, TX 78934

Jose Magana
507 East B Street
Eagle Lake, TX 77434

Gerver Mangandi
9618 Rodgers Rd.
Houston, TX 77070

Alfonso Martinez
22711 saginaw point ln
Katy, TX 77449

Rodrigo Martinez
1125 CR 240
Weimar, TX 78962

Nicolas Mason
10503 Mayberry Heights Drive
Cypress, TX 77433

James McGhee
2664 CR 106
Columbus, TX 78934

Leonard Melchor
1958 County Road 16
Garwood, TX 77442

Rogelio Mendoza
1308 Wright Street
El Campo, TX 77437

Arturo Meza Jr
4848 Pin Oak Park #226
Houston, TX 77081

| | | |
|---|---|---|
| Faras Momin<br>13111 Old Windmill Dr<br>Richmond, TX 77407 | Horacio Murillo<br>1864 Green Meadows Road<br>Sealy, TX 77474 | Mario Murillo<br>1135 Schmidt Road<br>Sealy, TX 77474 |
| Raymond Newman<br>Po Box 35<br>Rock Island, TX 77420 | Luong Nguyen<br>24922 Acadia Park Circle<br>Katy, TX 77493 | Ruben Nino<br>150 1st Avenue<br>Columbus, TX 78934 |
| Martin Nino Arriaga<br>2300 Ward Bend Rd<br>Sealy, TX 77474 | Lisa Obsheatz<br>13726 Magnolia Manor Drive<br>Cypress, TX 77429 | Arturo Ocampo<br>1300 Eagle Lake Rd<br>Sealy, TX 77474 |
| Hector Orona<br>847 Upperline Street<br>Lagrange, TX 78945 | Ricardo Ortiz<br>414 N Fowlkes St<br>Sealy, TX 77474 | Santiago Ortiz<br>1400 Live Oak Avenue<br>Bay City, TX 77414 |
| Kirk Parker<br>1025 Schulenburg Lane<br>Columbus, TX 78934 | Kari Pfeffer<br>2113 FM 109<br>Columbus, TX 78934 | Mark Phillips<br>PO BOX 22662<br>Houston, TX 77227 |
| Luke Pinkard<br>2719 Blue Mist Bend<br>Brookshire, TX 77423 | Alejandro Pinzon Pulido<br>4775 Oakwood Drive 810<br>Odessa, TX 79761 | Jason Pitts<br>14230 Cellini Drive<br>Cypress, TX 77429 |
| John Pizzitola<br>12226 Level Run Street<br>Meadows Place, TX 77477 | Francisco Plasencia<br>203 Lalla Rookh Avenue<br>Boling, TX 77420 | Junior Portillo Gonzalez<br>21550 Provincial Boulevard<br>Katy, TX 77450 |
| Carlos Posadas<br>2826 Oat Harvest Court<br>Houston, TX 77038 | Kashan Ali Qazi<br>5307 Lockwood Bend Lane<br>Sugar Land, TX 77479 | Michael Quigley<br>9889 Cypresswood Dr<br>Houston, TX 77070 |
| William Rains<br>8292 HWY 71<br>Garwood, TX 77442 | Arnulfo Ramirez<br>P.O. Box 285<br>Flatonia, TX 78941 | J. Jorge Ramirez<br>105 9th St<br>Glidden, TX 78943 |
| Jorge Ramirez Jr.<br>105 9th Street<br>Glidden, TX 78943 | Jeffery Rikard<br>17210 Farm to Market Road 2920<br>Tomball, TX 77377 | Jose Rodriguez<br>2068 IH-10<br>Weimar, TX 78962 |

| | | |
|---|---|---|
| Jose Rodriguez<br>2350 Highway 90 West<br>Weimar, TX 78962 | Jose Rodriguez<br>107 E Huvar St<br>Weimar, TX 78962 | Angelo Rubio<br>25752 Newland Rd<br>Waller, TX 77484 |
| Edmundo Rubio-Espinoza<br>208 7th Street<br>Glidden, TX 78943 | Jorge Rubio-Espinoza<br>102 N Exchange St<br>Weimar, TX 78962 | Mario Rubio-Espinoza<br>628 Austin Street<br>Columbus, TX 78934 |
| Noe Rufino<br>101 E. Franklin<br>Weimar, TX 78962 | Jose Ruiz<br>17716 Cutback Drive<br>Manor, TX 78653 | Luis Salgado<br>1502 Partnership Way Apt 12108<br>Katy, TX 77449 |
| Abdel Saucedo<br>637 Washington Street<br>Hempstead, TX 77445 | Ramon Saucedo<br>1330 5th Street<br>Hempstead, TX 77445 | Kase Schindler<br>638 West Fisher Street<br>Bellville, TX 77418 |
| Peyton Sharp<br>2807 Tom Morris Road<br>Odessa, TX 79765 | Dennis Sklar Jr<br>11740 Northpointe Boulevard<br>Tomball, TX 77377 | Charles Spence<br>308 W North St<br>Weimar, TX 78962 |
| Payton Stockman<br>3313 FM 109<br>Columbus, TX 78934 | Jose Tapia Deanda<br>121 Irwin Drive<br>Columbus, TX 78934 | Fernando Torres<br>7802 Pickford Knolls Court<br>Houston, TX 77041 |
| Ramiro Torres<br>13311 Sage Heights Drive<br>San Antonio, TX 78230 | Jose Tristan<br>34608 Rodeo Road<br>Waller, TX 77484 | Omar Ugalde<br>915 West Front Street<br>Sealy, TX 77474 |
| Robert Upchurch<br>342 North Washington Street<br>La Grange, TX 78945 | Jonathan Valladares<br>6275 Beckendorff Road<br>Sealy, TX 77474 | Brittany Vasquez<br>1217 Front Street<br>Columbus, TX 78934 |
| Ivan Vega Sanchez<br>1802 3rd St<br>Hempstead, TX 77445 | Marco Vidal-Lopez<br>608 Columbus Rd<br>Sealy, TX 77474 | Gerardo Vigil<br>18230 Flint Hill Drive<br>Katy, TX 77449 |
| Chris Vyvial<br>8211 Sonesta Point Ln<br>Houston, TX 77083 | Chadwick Waddle<br>422 Glen Meadows Dr<br>Eagle Lake, TX 77434 | Jeffry Wagner<br>13714 Camelot Centre Ct<br>Houston, TX 77069 |

Shawn Walla
2005 FM 2503
Ellinger, TX 78938

Ron Williams
1025 Sandhill Road
Weimar, TX 78962

Sarah Wilson
1037 Bonham Street
Columbus, TX 78934

Jesus Zuniga
369 Lone Mountain Drive
Katy, TX 77493

Raul Zuniga
19634 Heritage Elm Court
Houston, TX 77084

3L USA
P.O. Box 200737
Dallas, TX 75320-0737

Ariba, Inc.
P.O. Box 734605
Chicago, IL 60673

Bird Tire Sales & Service
P.O. Box 925158
Houston, TX 77292

Cirro Energy
P.O. Box 660004
Dallas, TX 75266-0004

City of Columbus, Texas
P.O. Box 87
Columbus, TX 78934

Cogency Global Inc
PO Box 3168
Hicksville, NY 11802

Empire Pest Control, LLC
P.O. Box 953
Pearland, TX 77588

ENGIE Resources, LLC
PO Box 841680
Dallas, TX 75284

Escalating Resources LLC
P.O. Box 14910
Houston, TX 77040

Frontline Welding, LLC
POBOX 149
HUMBLE, TX 77347-4910

H.R. Welding and Fabrication
3802 Depot St
Brookshire, TX 77423

Higginbotham Corporate Headquarters
1300 Summit Ave
Fort Worth, TX 76102

Insight Works
Suite 102, 5661 99 Street NW
Edmonton, Alberta T6E 3N8

Parker Hannifin Corporation
7923 Collection Center Dr.
Chicago, IL 60693

PROtect, LLC
3815 S Midco St
Wichita, KS 67215

Purvis Industries
PO Box 540757
Dallas, TX 75354-0757

Republic Testing Laboratories, LLC
3670 Underwood Road
La Porte, TX 77571

Setpoint Integrated Solutions Inc
10051 Porter Rd.
La Porte, TX 77571

SSG Advisors, LLC
300 Barr Harbor Drive, Suite 420
Conshohocken, PA 19428

SYJCH WORKFORCE LLC dba Fenix Workforce
12605 East Fwy
Houston, TX 77015

TCS Sales, LLC
183 DeMoss Road
Plain Dealing, LA 71064

Weldforce Group, LLC
14875 Waterloo Dr
Houston, TX 77053