Electronic Appearance Sheet

Theodore Heckel, Weil, Gotshal & Manges LLP
Client(s): EP Energy E&P Company, LLC

Kay Burnett, Pro Se, None, Pro Se
Client(s): Banker

Bob Franke, Clark Hill PLC
Client(s): Crossroads Financing, LLC

Alfredo Perez, Weil, Gotshal & Manges LLP
Client(s): EP Energy E&P Company, LLC

Theodore  Heckel, Weil, Gotshal & Manges LLP
Client(s): EP Energy E&P Company, LLC

James (Jim) Schober, Schober & Schober, PC
Client(s): nFusion Capital Finance, LLC