United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 23-90708 |
| | § | |
| KW INTERNATIONAL, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**ORDER APPROVING THE TRUSTEE'S *EXPEDITED* MOTION TO
(I) SELL ESTATE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS, AND (II) EMPLOY AND COMPENSATE
TRANZON ASSET ADVISORS OF TEXAS, LLC AS AUCTIONEER**
(Relates to Docket No. 201)

The Court has considered the *Trustee's Emergency Motion to (I) Sell Estate Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, and (II) Employ and Compensate Tranzon Asset Advisors of Texas, LLC as Auctioneer* (the "**Motion**").[1] After consideration of the Motion, the Court finds that under the circumstances expedited consideration of the Motion is proper, that notice of the Motion is proper, that the Motion is well-founded, that the retention of Tranzon Asset Advisors of Texas, LLC is in the best interest of the Estate, and that the proposed sale of the Auction Property is in the best interest of the Estate and is proper pursuant to sections 363(b)(1) and (f) of the Bankruptcy Code.  It is therefore:

**ORDERED**, that the relief requested in the Motion is hereby GRANTED; it is further

**ORDERED**, that the Trustee is authorized to conduct an auction(s), as described in the Motion and set forth in the Auction Agreement attached to the Motion as **Exhibit "1"**, in order to sell the Auction Property free and clear of all liens, claims, charges, encumbrances, and interests pursuant to sections 363(b) and (f) of the Bankruptcy Code with all valid and properly perfected pre-petition liens attaching to the Auction Proceeds to the same extent and validity  and in the same

---

[1] All capitalized terms unless otherwise defined herein shall have the meaning ascribed to them in the Motion.

order of priority as the liens encumbered the Auction Property prior to the Petition Date, subject to the Trustee's avoidance powers, to the extent necessary; it is further

**ORDERED**, that the Trustee is authorized to retain Tranzon Asset Advisors of Texas, LLC to provide those services necessary to complete the auction, as more particularly described in the Motion and as set forth in the Auction Agreement attached to the Motion as **Exhibit "1"**; it is further

**ORDERED**, that Tranzon Asset Advisors of Texas, LLC is authorized to collect the Buyer's Premium from the winning bidder(s) at the conclusion of the auction(s) of the Auction Property; it is further

**ORDERED**, that Tranzon Asset Advisors of Texas, LLC shall collect and remit all auction(s) proceeds with a complete report of the details of the auction(s) to the Trustee, within fourteen (14) days after the Removal Period; it is further

**ORDERED**, that Tranzon Asset Advisors of Texas, LLC shall collect all applicable sales taxes related to the sale of the Auction Property and thereafter remit said sales taxes to the applicable taxing authorities; it is further

**ORDERED,** that Tranzon Asset Advisors of Texas, LLC shall be compensated all sums due to it, including reimbursement of all legitimate and approved expenses, all pursuant to the terms of the Auction Agreement, at settlement of the sales as described herein, without further Order of the Court; it is further

**ORDERED,** that any person or entity who receives actual or constructive notice of the Motion and who claims a lien on or interest in the Auction Property must file a written notice with the Court and serve it on the Trustee no later than 30 days after entry of this Order, or be forever barred from asserting such claim or interest; it is further

**ORDERED**, that subsequent to Trustee's receipt of the Auction Proceeds from Tranzon Asset Advisors of Texas, LLC, subject to any claim objection filed by the Trustee or any party-in-interest, the Trustee is authorized to use those portions of the Auction Proceeds necessary to pay the applicable taxing authorities the outstanding *ad valorem* taxes related to the Auction Property, if any, or as otherwise may be agreed among the Trustee and the applicable taxing authority; it is further

**ORDERED,** that the Trustee may take all such other and further action and execute all such documents as may be necessary to effectuate the sale of the Auction Property authorized herein.

Signed: August 28, 2023

_____
Christopher Lopez
United States Bankruptcy Judge