United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-90708 (CML) |
| | § | |
| KW INTERNATIONAL, LLC | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING REXEL USA, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

BEFORE THE COURT is *Rexel's Motion for Relief from the Automatic Stay*. After considering the Motion and the relief requested therein, and the Court having found that it has jurisdiction over this matter; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) be and hereby is immediately modified solely to allow Rexel USA, Inc. to obtain possession of the property itemized in the attached Exhibit B; and it is further,

**ORDERED** that the fourteen day stay requirement under Rule 4001(a)(3) is waived and this Order shall be effective immediately upon entry of it by the Court; it is further

**ORDERED** that the Court shall retain sole and exclusive jurisdiction with respect to

the automatic stay and its application to any actions other than those expressly provided for in this Order.

Signed: September 21, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

# EXHIBIT B

| Valuation Date | Branch | Consignment Cust Number | Consignment Cust Name | Item Number |
|---|---|---|---|---|
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 23270 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 23255 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 23241 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 23141 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 23111 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 234469 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 13953 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 11502 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 11365 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 12472 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 29237 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 29215 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 11561 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 11536 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 14347 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 28254 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 27769 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 26116 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 26097 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 26041 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 26064 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24052 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 25565 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24032 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24449 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 22030 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 21958 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 58658 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 58675 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 59072 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 13147 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 17754 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 12705 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 13207 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 13183 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 12644 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 143925 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24786 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24768 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24751 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24718 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 24688 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 28681 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 28659 |

| Date | | Col3 | Company | Number |
|---|---|---|---|---|
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 271763 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 68598 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 68863 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 94572 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 94573 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 94580 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 41041 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 41019 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 40999 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1277437 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 586741 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 602655 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 602658 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 4903 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 4919 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 94292 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 100913 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 690193 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 612267 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 644834 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 644830 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 50097 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 50076 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 50183 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 50140 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 50120 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984600 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984624 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984602 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984648 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984647 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 980808 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984646 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984649 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 984654 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1765400 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1765402 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 47492 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 58394 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 15462 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 15437 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 15413 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 110638 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 130467 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 130455 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 39346 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 39309 |

| Date | | | | |
|---|---|---|---|---|
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 36275 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 36303 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 35923 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 36936 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 36734 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 253142 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 14114 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 46350 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 48018 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 65219 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 62606 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 27535 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 60086 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1331339 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1774667 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1746601 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722445 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722419 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722453 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722413 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722439 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 722422 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1746599 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 379625 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 347889 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 1327858 |
| 7/29/2023 | 7662 | 1157990 | KW INTERNATIONAL LLC | 109640 |

| Item Desc Long |
|---|
| APP 170 1/2 STL FM7 COVER ASSY |
| APP 270 3/4 STL FM7 COVER ASSY |
| APP 370 1 STL FM7 COVER ASSY |
| APP 570 1-1/2 STL FM7 COVER ASSY |
| APP 670 2 STL FM7 COVER ASSEMBLY |
| APP 737DM2T25 ADPTR MALE M20 FEM 3/4NPT |
| APP AC5A KWIKO A SEALING CEMENT - 5 LB |
| APP CG-3775S 3/4 IN STL L-T CRD AND CBL CONN |
| APP CG-6275S 3/4 IN STL L-T CRD&CBL CONN |
| APP ECDB50HP DRAIN BREATHER |
| APP ELBY-50 CAPPED ELBOW--EX. PROOF |
| APP ELBY-75 CAPPED ELBOW--EX PROOF |
| APP EYS5 1-1/2 FEMALE SEAL-OFF |
| APP EYS6 2 FEMALE SEAL-OFF |
| APP F1 FIBER FILLER 16 OZ. |
| APP GRT75 3/4 GR UNL/INSIDE THREAD/T |
| APP GRX75 3/4 GR UNILET W/INTERNAL |
| APP LB17 1/2 FM7 BODY |
| APP LB27 3/4 FM7 BODY |
| APP LB37 1 IN FM7 BODY |
| APP LB57 1 1/2 FM7 BODY |
| APP LB67 2 FM7 BODY |
| APP LL37 1 IN FM7 BODY |
| APP LR37 1 IN FM7 BODY |
| APP PLG-75R PLUG 3/4 REC HEAD CLOSE-UP-STL |
| APP RB100-50 RDC BUSH STL 1 TO 1/2 IN NPT |
| APP RB100-75 RDC BUSH STL 1 TO 3/4 IN NPT |
| APP RB150-100 RDC BUSH STL 1-1/2TO1 IN NPT |
| APP RB150-75 RDC BUSH STL 1-1/2TO3/4 IN NPT |
| APP RB200-75 RDC BUSH STL 2TO3/4 IN NPT |
| APP STB-4550L 1/2 IN 45D INSUL LFMC CONN |
| APP STB-4575 3/4 IN 45D INSUL LFMC CONN |
| APP STB-4575L 3/4 IN 45D INSUL LFMC CONN |
| APP STB-50L 1/2 IN INSUL LFMC CONN W/LUG |
| APP STB-75L 3/4 IN INSUL LFMC CONN W/LUG |
| APP STB-9050L 1/2 IN 90D INSUL LFMC CONN |
| APP STB-9075L 3/4 IN 90D INSUL LFMC CONN |
| APP T17 1/2 FM7 BODY |
| APP T27 3/4 FM7 BODY |
| APP T37 1 IN FM7 BODY |
| APP T57 1 1/2 FM7 BODY (A) |
| APP T67 2 FM7 BODY (A) |
| APP UNF50NR 1/2 UNION CONNECTOR TYPE UN |
| APP UNF75NR 3/4 UNION CONNECTOR TYPE UN |

| | |
|---|---|
| BLN B2008PAZN 1/2-IN. - PIPE AND CONDUIT CLAMP PRE-ASSEMBLED RIGID 1/2-IN. ZINC PLATED | |
| BLN B2009PAZN 3/4-IN. - PIPE AND CONDUIT CLAMP PRE-ASSEMBLED RIGID 3/4-IN. ZINC PLATED | |
| COP THHN14STRBLK500RL THHN-14-BLK-19STR-CU-500S/R | |
| COP THHN14STRRED500RL THHN-14-RED-19STR-CU-500S/R | |
| COP THHN14STRWHT500RL THHN-14-WHT-19STR-CU-500S/R | |
| COP THHN6STRGRN500RL THHN-6-GRN-19STR-CU-500R | |
| CPL GRC050 1/2-GALV-CPLG | |
| CPL GRC075 3/4-GALV-CPLG | |
| CPL GRC100 1-IN-GALV-CPLG | |
| DXC CVT-14 TUBING CLEAR SIZE # | |
| EG GASK572 3/4 NEO BODY GASKET | |
| EG GASK575 1-1/2 NEO BODY GASKET | |
| EG GASK576 2IN NEO BODY GASKET | |
| EGS HUB100DN 1 ZDC WATER TIGHT HUBS | |
| EGS HUB75DN 3/4 ZDC WATER TIGHT HUBS | |
| EGS HUBG150DN 1-1/2 ZDC WATER TIGHT HUBS GRD | |
| EGS HUBG200DN 2 ZDC WATER TIGHT HUBS GRD | |
| ERC CCC0087 CLAMP 3/8 IN CT 1/2 IN IP | |
| ERC CCC0100 CLAMP 1 IN CT 3/4 IN IP | |
| ERC CCC0187 CLAMP 1 7/8 IN CT 1 1/2 IN IP | |
| ERC CCC0237 CLAMP 2 3/8 IN CT 2 IN IP | |
| GRC 050 1/2-GALV-STEEL | |
| GRC 075 3/4-GALV-STEEL | |
| GRC 100 1-IN-GALV-STEEL | |
| GRC 150 1-1/2-GALV-STEEL | |
| GRC 200 2-IN-GALV-STEEL | |
| GXPS 1/4-20X1/2HHCSUNS6PA 1/4-20 X 1/2IN BOLT | |
| GXPS 1/4-20X1-1/4HHCSUNS6PA 1/4-20 X 1 1/4IN 316 BOLT | |
| GXPS 1/4-20X1HHCSUNS6PA 1/4-20 X 1IN BOLT | |
| GXPS 3/8-16HXNTFFS6PA STAINLESS STEEL 3/8 HEX NUT | |
| GXPS 3/8-16X1HHCSUNS6PA STAINLESS STEEL 3/8-16 X 1IN BOLT | |
| GXPS 3/8-16X2HHCSUNS6PA STAINLESS STEEL 3/8-16 X 2IN BOLT | |
| GXPS 5/16-18HXNTFFS6PA STAINLESS STEEL 5/16 HEX NUT | |
| GXPS 5/16-18X1HHCSUNS6PA STAINLESS STEEL 5/16-18 X 1IN BOLT | |
| GXPS 5/16-18X2HHCSUNS6PA STAINLESS STEEL 5/16-18 X 2IN BOLT | |
| GXPS SPN-04SS-500044210 1/4IN DIA 1/2IN WD LOOP CLAMP STEEL ZINC EPDM CUSHION | |
| GXPS SPN-08SS-500044211 1/2IN DIA 1/2IN WD LOOP CLAMP STEEL ZINC EPDM CUSHION | |
| HOF A20H20BLP TYPE 4 ENCL. 20.00X20.00X8.00 | |
| HOF A20P20G PANEL 17.00X17.00 | |
| IDE 30-071 *WIRENUT 71B GRY 100 BX | |
| IDE 30-072 WIRENUT 72B BLUE 100 BX | |
| IDE 30-073 WIRENUT 73B ORANGE 100 BX | |
| IDE 89-610 TERMINAL BLOCK 12 POLE | |
| LQT UA050GRY100CL 1/2-UA/LA-GRAY | |
| LQT UA075GRY100CL 3/4-UA/LA-GRAY | |
| NIP GRC050X200 1/2X2-GALV-NIP | |
| NIP GRC050X300 1/2X3-GALV-NIP | |

NIP GRC075X200 3/4X2-GALV-NIP
NIP GRC075XCL 3/4XCLOSEX1-3/8-GALV-NIP
NIP GRC100XCL 1XCLOSE(1X1-1/2) GALV-NIP
NIP GRC150XCL 1-1/2XCLOSEX1-3/4-GALV-NIP
NIP GRC200XCL 2XCLOSEX2-GALV-NIP
OKO 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 1PR 16AWG P/OS TC CONDUCTOR
OZG ME-323S STEEL MALE ENLARGERS
PAN C2LG6 *DUCT CVR PVC 2IN W X 6FT LG 6FT
PAN F2X3LG6 *NAR SLOT DUCT PVC 2IN X3IN X6FT LG 6FT
PAN HSTT38-48-Q HEAT SHRINK THIN .375IN ID BLK PK25
PAN HSTT50-48-Q HEAT SHRINK THIN .50IN ID BLK PK25
PAN PLT1M-M0 CABLETIE MIN 3.9IN WR BL PK1000
PAN PN10-14R-L *RING NYLON INSUL 12-10AWG 1/4IN STUD PK50
PAN PSMS8 #8 X 1/2 LOW PROFILE SELF-TAPPING SCREW
PFAS NE14S316 1/4-20 NYLON INSERT LOCKNUT (NE) COARSE 316SS
PHO 0814788 KLM 3-L TERMINAL STRIP MARKER CARRIER
PHO 1051029:0001 ZB 6,QR:FORTL.ZAHLEN 1-10 MARKER
PHO 1051029:0011 ZB 6,QR:FORTL.ZAHLEN 11-20 MARKER
PHO 1051029:0031 ZB 6,QR:FORTL.ZAHLEN 31-40 MARKER
PHO 1051029:0041 ZB 6,QR:FORTL.ZAHLEN 41-50 MARKER
PHO 1051029:0051 ZB 6,QR:FORTL.ZAHLEN 51-60 MARKER
PHO 1051029:0061 ZB 6,QR:FORTL.ZAHLEN 61-70 MARKER
PHO 1201060 BG/F FLAT BRACKET W/M6 SCREW
PHO 3022276 SNAP-ON END BRACKET, FOR NS 35/7.5 OR NS 35/15 DIN RAIL
PHO 3046184 CONTACT TERMINAL
PWC 16-02PRTC-SPOS 16-02PR SPOS PVC/PVC 600V K1
WEI 0514500000 TS 35X7.5 2M STEEL SLOTTED

| Qty | Ext. Inventory Value | Turns |
|---|---|---|
| 3 | $7.62 | 2.77 |
| 24 | $74.14 | 6.32 |
| 20 | $84.48 | 10.66 |
| 4 | $20.31 | 9.90 |
| 30 | $266.97 | 13.11 |
| 26 | $852.80 | |
| 6 | $181.94 | 1.27 |
| 16 | $88.80 | 6.22 |
| 55 | $305.25 | 0.15 |
| 2 | $59.76 | 166.45 |
| 20 | $262.58 | 3.33 |
| 15 | $237.50 | |
| 4 | $141.44 | |
| 1 | $45.75 | |
| 4 | $338.62 | 19.24 |
| 3 | $124.24 | 13.11 |
| 10 | $435.87 | 11.80 |
| 1 | $7.42 | 2.62 |
| 10 | $88.63 | 7.47 |
| 10 | $133.00 | 3.67 |
| 5 | $136.73 | 2.24 |
| 5 | $225.42 | 2.44 |
| 27 | $359.10 | 0.50 |
| 9 | $119.70 | 1.49 |
| 1 | $2.39 | 24.87 |
| 3 | $4.63 | 130.29 |
| 3 | $4.63 | 196.15 |
| 3 | $12.35 | 7.56 |
| 2 | $8.23 | 16.63 |
| 15 | $139.19 | |
| 68 | $482.26 | 0.61 |
| 18 | $157.16 | |
| 49 | $624.95 | |
| 19 | $111.68 | |
| 78 | $625.25 | |
| 10 | $86.85 | |
| 14 | $158.89 | |
| 3 | $28.13 | |
| 30 | $333.09 | 4.69 |
| 2 | $33.49 | 44.87 |
| 12 | $390.04 | 1.50 |
| 7 | $352.20 | |
| 16 | $137.02 | |
| 13 | $152.67 | 2.65 |

| | | |
|---:|---:|---:|
| 25 | $41.72 | 6.67 |
| 20 | $20.20 | 17.09 |
| 400 | $33.05 | 20.26 |
| 250 | $20.66 | 33.14 |
| 150 | $12.39 | |
| 505 | $270.58 | |
| 23 | $42.43 | |
| 19 | $42.18 | 0.87 |
| 4 | $12.79 | 2.13 |
| 500 | $34.86 | |
| 24 | $5.03 | 426.82 |
| 6 | $2.33 | 780.40 |
| 26 | $13.63 | 175.05 |
| 9 | $38.03 | |
| 60 | $212.22 | 0.14 |
| 1 | $13.10 | 28.08 |
| 7 | $97.56 | 6.02 |
| 30 | $107.27 | |
| 2 | $8.16 | |
| 7 | $79.48 | |
| 19 | $269.53 | |
| 50 | $111.97 | 6.82 |
| 60 | $138.31 | 26.20 |
| 220 | $807.24 | 9.45 |
| 110 | $668.70 | 3.91 |
| 70 | $522.59 | 1.08 |
| 800 | $220.00 | |
| 400 | $52.80 | |
| 3950 | $521.40 | |
| 99 | $11.09 | |
| 224 | $52.42 | 0.89 |
| 197 | $74.07 | |
| 96 | $6.82 | |
| 242 | $46.71 | |
| 365 | $92.71 | |
| 6 | $28.32 | |
| 15 | $23.51 | |
| 4 | $2,358.51 | |
| 4 | $238.98 | |
| 100 | $7.31 | 6.15 |
| 100 | $8.21 | |
| 100 | $9.20 | 8.76 |
| 22 | $160.69 | |
| 60 | $57.33 | 13.33 |
| 218 | $283.48 | 1.10 |
| 14 | $21.82 | |
| 26 | $47.32 | |

| | | |
|---:|---:|---:|
| 24 | $42.07 | 0.83 |
| 2 | $2.97 | 338.51 |
| 1 | $2.22 | 259.43 |
| 3 | $10.48 | 23.82 |
| 5 | $21.43 | 34.70 |
| 800 | $381.89 | 11.75 |
| 7 | $22.48 | 0.25 |
| 36 | $48.28 | 0.68 |
| 42 | $248.77 | |
| 11 | $29.55 | |
| 1 | $3.11 | |
| 500 | $22.62 | |
| 50 | $34.55 | 9.94 |
| 1000 | $26.00 | |
| 300 | $24.37 | |
| 9 | $17.12 | |
| 7 | $14.46 | |
| 2 | $4.13 | |
| 4 | $8.26 | |
| 6 | $12.39 | |
| 5 | $10.33 | |
| 13 | $26.85 | |
| 8 | $36.38 | |
| 1 | $0.96 | |
| 267 | $315.06 | |
| 350 | $210.97 | 16.64 |
| 8 | $23.92 | 5.01 |

13777